IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EARNEST CORNELIUS ROWELL**                                                        **PLAINTIFF**
**individually and as special administrator of the**
**Estate of Ernest Ebenezer Rowell**

v.                   CASE NO. 3:18-CV-00122 BSM

**BNSF RAILWAY COMPANY**
**UNION PACIFIC RAILROAD,**
**DIETRICK YOUNG and**
**CHARLES ESAW**                                                                     **DEFENDANTS**

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 51], this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of March 2020.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE