IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EARNEST CORNELIUS ROWELL                                                       PLAINTIFF
individually and as special administrator of the
Estate of Ernest Ebenezer Rowell

v.                            CASE NO. 3:18-CV-00122 BSM

BNSF RAILWAY COMPANY
UNION PACIFIC RAILROAD,
DIETRICK YOUNG and
CHARLES ESAW                                                                    DEFENDANTS

## JUDGMENT

Consistent with the judgment entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE